**No. 53027.**—Ludlow Manufacturing & Sales Co. *v.* United States, protest 138812–K (New York).

Opinion by RAO, J. When the protest was called for trial the examiner at Boston substantiated the claim of the plaintiff. The protest was therefore sustained.